U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JUL 2 1 2006

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## ALEXANDRIA DIVISION

| | |
|---|---|
| **TOMAS ARAGONES-PINEIR** | **CIVIL ACTION NO. 05-2091-A** |
| | **SECTION P** |
| -vs- | |
| | **JUDGE DRELL** |
| **FREDRICK MENIFEE** | **MAGISTRATE JUDGE KIRK** |

### J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Plaintiff's petition for writ of *habeas corpus* (28 U.S.C. § 2241) be **DENIED** and **DISMISSED** with prejudice.

**SIGNED** in Alexandria, Louisiana, on this _____ day of July, 2006.


DEE D. DRELL
UNITED STATES DISTRICT JUDGE